NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERANTH, INC.,**
*Appellant*

v.

**APPLE, INC., EVENTBRITE, INC., STARWOOD HOTELS & RESORTS WORLDWIDE INC., nka Starwood Hotels & Resorts Worldwide, LLC, EXPEDIA, INC., FANDANGO, LLC, HOTELS.COM, L.P., HOTEL TONIGHT, INC., HOTWIRE, INC., KAYAK SOFTWARE CORP., OPENTABLE, INC., ORBITZ, LLC, PAPA JOHN'S USA, INC., STUBHUB, INC., TICKETMASTER, LLC, LIVE NATION ENTERTAINMENT, INC., TRAVELOCITY.COM LP, nka TVL LP, WANDERSPOT LLC, AGILYSYS, INC., DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, HILTON RESORTS CORPORATION, HILTON WORLDWIDE, INC., HILTON INTERNATIONAL CO., MOBO SYSTEMS, INC., PIZZA HUT OF AMERICA, INC., nka Pizza Hut of America, LLC, PIZZA HUT, INC., nka Pizza Hut, LLC, USABLENET, INC., STARBUCKS CORPORATION,**
*Appellees*

---

2016-2678, -2679, -2680, -2681

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos.

CBM2015-00080, CBM2015-00082, CBM2015-00091, CBM2015-00096, CBM2015-00097, CBM2015-00099, CBM2016-00006, and CBM2016-00007.

---

## ON MOTION

---

Before CHEN, *Circuit Judge*.

## O R D E R

Ameranth, Inc. moves unopposed for leave to exceed the word limit for the opening brief and each response brief in this appeal to 18,000 words, and to 10,000 words for the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25